# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

131716

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ARLENE SCOTTI,
          Petitioner-Appellee,

v

                                              SC: 131716
                                              COA: 269556

GENNARO SCOTTI,
          Respondent-Appellant.
                                              Oakland CC: 2005-705165-PP

_____/

       On order of the Court, the application for leave to appeal the April 21, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006 _____

                                                                         Clerk

11023